1 | LYNN HUBBARD III, SBN 69773
2 | SCOTTLYNN J HUBBARD IV, SBN 212970
  | DISABLED ADVOCACY GROUP, APLC
3 | 12 Williamsburg Lane
  | Chico, CA 95926
  | Telephone:  (530) 895-3252
4 | Facsimile:  (530) 894-8244

5 | Attorneys for Plaintiff

6 |

7 | RICHARD M. SEGAL, SBN 156975
  | STEFAN TEICHERT, SBN 222594
8 | PILLSBURY WINTHROP SHAW PITTMAN LLP
  | 501 West Broadway, Suite 1100
  | San Diego, CA 92101-3575
9 | Telephone: (619) 234-5000
  | Facsimile: (619) 236-1995
10 |

11 | Attorneys for Defendant Petco Animal Supplies
   | Stores, Inc. dba Petco

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY FEEZOR, | Case No. 10-CV-00910-MCE-KJM |
| Plaintiff, | |
| v. | STIPULATION FOR DISMISSAL OF DEFENDANT PETCO ANIMAL SUPPLIES STORES, INC. dba PETCO; **ORDER** |
| SHERWOOD MALL, LLC, et al., | |
| Defendants. | |

Stipulation for Dismissal of Petco Animal
Supplies Stores, Inc. & Proposed Order      - 1 -      *Feezor v. Sherwood Mall, LLC, et al.*
Case No. 10-CV-00910-MCE-KJM

TO THE COURT AND TO ALL PARTIES:

Plaintiff, LARY FEEZOR, and defendant, PETCO ANIMAL SUPPLIES STORES, INC. dba PETCO, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action pursuant to Fed. R. Civ. P. 41(a)(2) **as to PETCO ANIMAL SUPPLIES STORES, INC. dba PETCO only.**

Nothing in this dismissal shall be construed to affect plaintiff's complaint and claims against defendants other than PETCO ANIMAL SUPPLIES STORES, INC. dba PETCO.

Dated: July 29, 2010    DISABLED ADVOCACY GROUP, APLC

_/s/ Lynn Hubbard III_
LYNN HUBBARD III
Attorney for Plaintiff LARY FEEZOR

Dated: July 28, 2010    PILLSBURY WINTHROP SHAW PITTMAN LLP

_/s/ Stefan Teichert_
STEFAN TEICHERT
Attorney for Defendant PETCO ANIMAL SUPPLIES STORES, INC. dba PETCO

## ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 10-CV-00910-MCE-KJM, is hereby dismissed with prejudice as to defendant PETCO ANIMAL SUPPLIES STORES, INC. dba PETCO.

Dated: August 2, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE