LYNN HUBBARD III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Email: usdcso@hubslaw.com

Attorneys for Plaintiff
LARY FEEZOR

JAMES O. EILER, SBN 128051
KAISER, SWINDELLS & EILER
444 West Ocean Boulevard, Suite 900
Long Beach, CA 90802-4516
Telephone: (562) 590-8471
Facsimile: (562) 437-0903

Attorneys for Defendant
S.B. RESTAURANT CO. dba
ELEPHANT BAR RESTAURANT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY FEEZOR, | Case No. 2:10-cv-00910-MCE-KJM |
| Plaintiff, | |
| v. | JOINT STIPULATION FOR DISMISSAL OF DEFENDANT S.B. RESTAURANT CO. dba ELEPHANT BAR RESTAURANT; ORDER |
| SHERWOOD MALL, LLC, et al., | |
| Defendants. | |

- 1 -

TO THE COURT AND TO ALL PARTIES:

Plaintiff, LARY FEEZOR, and defendant, S.B. RESTAURANT CO. dba ELEPHANT BAR RESTAURANT, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action pursuant to FRCP 41(a)(2) **as to S.B. RESTAURANT CO. dba ELEPHANT BAR RESTAURANT only.**

Nothing in this dismissal shall be construed to affect plaintiff's complaint and claims against defendants other than **S.B. RESTAURANT CO. dba ELEPHANT BAR RESTAURANT**.

Dated: September 7, 2010        DISABLED ADVOCACY GROUP, APLC

                                                    _/s/_____
                                                    LYNN HUBBARD III
                                                    Attorney for Plaintiff LARY FEEZOR


Dated: September 3, 2010        KAISER, SWINDELLS & EILER

                                                    _/s/_____
                                                    JAMES O. EILER
                                                    Attorney for Defendant S.B. RESTAURANT CO. dba
                                                    ELEPHANT BAR RESTAURANT


**ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 10-CV-00910-MCE-KJM, is hereby dismissed with prejudice as to defendant S.B. RESTAURANT CO. dba ELEPHANT BAR RESTAURANT.

Dated: September 9, 2010

                                                    _[signature]_____
                                                    MORRISON C. ENGLAND, JR.
                                                    UNITED STATES DISTRICT JUDGE