1 | LYNN HUBBARD III, SBN 69773
2 | SCOTTLYNN J HUBBARD IV, SBN 212970
  | DISABLED ADVOCACY GROUP, APLC
3 | 12 Williamsburg Lane
  | Chico, CA 95926
  | Telephone: (530) 895-3252
4 | Facsimile: (530) 894-8244

5 | Attorneys for Plaintiff
  | LARY FEEZOR
6

7 | JOHN G. CONNOLLY, SBN 115550
  | CONNOLLY, FINKEL & GOSSELIN LLP
8 | 601 S. Figueroa Street, Suite 2610
  | Los Angeles, CA 90017
  | Telephone: (213) 452-6500
9 | Facsimile: (213) 622-2171

10 | Attorneys for Defendant
   | Pacific Sunwear Stores Corp.
11

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY FEEZOR, | Case No. 2:10-CV-00910-MCE-KJM |
| Plaintiff, | |
| v. | JOINT STIPULATION FOR DISMISSAL OF DEFENDANT PACIFIC SUNWEAR STORES CORP. and ORDER THEREON |
| SHERWOOD MALL, LLC, et al., | |
| Defendants. | |

TO THE COURT AND TO ALL PARTIES:

Plaintiff, LARY FEEZOR, and defendant, PACIFIC SUNWEAR STORES CORP., stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action pursuant to FRCP 41(a)(2) **as to PACIFIC SUNWEAR STORES CORP.** *only*.

Nothing in this dismissal shall be construed to affect plaintiff's complaint and claims against defendants other than **PACIFIC SUNWEAR STORES CORP**.

Dated: December 9, 2010           DISABLED ADVOCACY GROUP, APLC

                                  /s/   Lynn Hubbard III
                                  LYNN HUBBARD III
                                  Attorney for Plaintiff LARY FEEZOR


Dated: December 9, 2010           CONNOLLY, FINKEL & GOSSELIN LLP

                                  /s/   John G. Connolly
                                  JOHN G. CONNOLLY
                                  Attorney for Defendant PACIFIC SUNWEAR STORES CORP.


### ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 10-CV-00910-MCE-KJM, is hereby dismissed with prejudice as to defendant PACIFIC SUNWEAR STORES CORP, only.

Dated: December 10, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE