LYNN HUBBARD III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane
Chico, CA 95926
Telephone:  (530) 895-3252
Facsimile:  (530) 894-8244

Attorneys for Plaintiff
LARY FEEZOR

KEVIN M. SEIBERT, SBN 119356
ELIZABETH B. STALLARD, SBN 221445
DOWNEY BRAND LLP
3425 Brookside Road, Suite A
Stockton, CA 95219
Telephone: (209) 473-6450
Facsimile: (209) 473-6455

Attorneys for Defendants
SHERWOOD MALL, LLC;
STONE BROS. MANAGEMENT, INC.; and
CROSSPOINT REALTY SERVICES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARY FEEZOR,<br><br>　　Plaintiff,<br><br>v.<br><br>SHERWOOD MALL, LLC, et al.,<br><br>　　Defendants.<br>_____/ | Case No. 2:10-cv-00910-MCE-KJM<br><br>JOINT STIPULATION FOR DISMISSAL; ORDER THEREON |

TO THE COURT AND TO ALL PARTIES:

  Plaintiff, LARY FEEZOR, and defendants, SHERWOOD MALL, LLC; STONE BROS. MANAGEMENT, INC.; and CROSSPOINT REALTY SERVICES, INC., stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to FRCP 41(a)(2).

Dated: June 22, 2011   DISABLED ADVOCACY GROUP, APLC

            */s/   Lynn Hubbard III*
            LYNN HUBBARD III
            Attorney for Plaintiff LARY FEEZOR

Dated: June 22, 2011   DOWNEY BRAND LLP

            */s/   Elizabeth B. Stallard*
            ELIZABETH B. STALLARD
            Attorney for Defendants
            SHERWOOD MALL, LLC; STONE BROS. MANAGEMENT, INC.; and CROSSPOINT REALTY SERVICES, INC.

## **ORDER**

  Pursuant to the parties' stipulation, and good cause appearing therefor, IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:10-cv-00910-MCE-KJM, is hereby dismissed with prejudice in its entirety. The Clerk of Court is directed to close the file.

Dated: June 27, 2011

                  MORRISON C. ENGLAND, JR.
                  UNITED STATES DISTRICT JUDGE